JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO ALBERTO JIMINEZ-MARTINEZ,

        Petitioner,

    v.

FACILITY ADMINISTRATOR, et al.,

        Respondents.

Case No. EDCV 26-1941-PVC

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.  Respondents are ordered to:

1) Release Petitioner from immigration custody immediately under an Order of Supervision that sets forth reasonable conditions of release;

2) Not re-detain Petitioner unless he receives reasonable prior notice and his re-detention is ordered at a custody hearing before a neutral arbiter in which the government bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or a danger to the community; and

3) File a notice of compliance no later than **May 21, 2026.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 19, 2026

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

2